UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RICKY GODFREY,<br><br>         *Plaintiff*,<br><br>  v.<br><br>DENNIS TRUJILLO, DENIS BROWNE, *through his successor in interest* Terry Browne, the ESTATE OF DENIS BROWNE (Deceased), and THE CITY OF RICHMOND.<br><br>         *Defendants*. | Index No. 25-CV-3462-AMO<br><br>**DECLARATION OF NICK BOURLAND IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND TIME TO SERVE DEFENDANT DENIS BROWNE** |

     I, NICK BOURLAND, an attorney duly admitted to practice law in the State of California and the United States District Court for the Northern District of California, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

     1.    I am associated with the law firm Emery Celli Brinckerhoff Abady Ward & Maazel, LLP, attorneys for Plaintiff Ricky Godfrey in the above-captioned case.

     2.    I submit this Declaration in support of Plaintiff's motion for an extension of time to serve Defendant Denis Browne, through his successor in interest Terry Browne.

     3.    Prior to filing this lawsuit, Plaintiff engaged a private investigator to locate the individual Defendants in this case, Dennis Trujillo and Denis Browne. Plaintiff learned that Defendant Browne is deceased and the investigator identified Browne's widow, Terry Browne, as his successor in interest

     4.    In April 2025, Plaintiff hired a professional process server to serve Ms. Browne. The process server made six attempts to serve Ms. Browne at her last known address and ultimately was unsuccessful. Attached hereto as Exhibit A is a true and correct copy of the process server's Affidavit of Due Diligence.

5. Plaintiff notified Defendants' counsel of record about the difficulties in locating Ms. Browne and asked whether counsel could accept service on her behalf. Counsel of record was unable to accept service on her behalf and could not confirm her whereabouts.

6. Plaintiff then hired a second private investigator to identify other home addresses and contacts for Ms. Browne and requested that the investigator visit her last known address. The investigator recently confirmed that Ms. Browne is alive and continues to reside at the location where we previously attempted service.

7. Plaintiff has since retained another process server to serve Ms. Browne.

8. Plaintiff has acted diligently to affect timely service on Ms. Browne and requests that, for good cause, the Court grant a 45-day extension of time to serve Ms. Browne.

Dated: July 17, 2025
Pasadena, California

_____/s/_____
Nick Bourland